Robert G. Manson
LAW OFFICE OF ROBERT G. MANSON
398 Brigham Street
Marlborough, MA 01752
(508) 274-8360

David C. Scheffel (*to appear pro hac vice*)
Eric B. Epstein (*to appear pro hac vice*)
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177

*Attorneys for Defendant WMC Mortgage LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------------X

AMBER BECKER AND CHRISTOPHER BECKER,

                Plaintiffs,

-against-

SAXON MORTGAGE SERVICES, INC., WMC MORTGAGE CORP., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

                Defendants.
-------------------------------------------------------------------X

Massachusetts Superior Court Case No. 2009-2714

## WMC MORTGAGE, LLC'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, the undersigned, counsel of record for WMC Mortgage, LLC, successor to defendant WMC Mortgage Corporation, certifies that the following have an interest in the outcome of this case or are related to entities interested in this case:

- WMC Mortgage, LLC, a successor to defendant WMC Mortgage Corporation.

- WMC Mortgage, LLC is a subsidiary of General Electric Capital Corporation, which is a subsidiary of General Electric Capital Services, Inc., which is a subsidiary of General Electric Company.

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

Dated: Marlborough, MA
       March 8, 2010

By:   **/s/ Robert G. Manson**
      Robert G. Manson (BBO#674457)
      LAW OFFICE OF ROBERT G. MANSON
      398 Brigham Street
      Marlborough, MA 01752
      (508) 274-8360

      -and-

      David A. Scheffel
      Eric B. Epstein
      Dorsey & Whitney LLP
      250 Park Avenue
      New York, NY 10177

      *Attorneys for Defendant WMC Mortgage LLC*

CERTIFICATE OF SERVICE

      I, Robert G. Manson, certify that a true and accurate copy of the foregoing document was filed through the Court's ECF system this 8th day of March, 2010.  I further certify that a true and accurate copy of the foregoing document was sent on March 8, 2010 by Federal Express to:

George N. Piandes, Esq.
Law Office of George N. Piandes, P.C.
873 Waverly Street
Framingham, MA 01702
*Attorney for Plaintiffs*